STATE OF NEW JERSEY v. JOHN BAPTIST.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE L. RUIZ.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT EARL TOWNES.

March 14, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 38)

STATE OF NEW JERSEY v. HUGH MCBAIN DUNCAN.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN MAKAR.

March 14, 1988.

Petition for certification denied.